Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
### District of Colombia
#### Civil Division

Case: 1:25-cv-00647 JURY DEMAND
Assigned To : Ali, Amir H.
Assign. Date : 2/27/2025
Description: Pro Se Gen. Civ. (F-DECK)

Case No. _____
(to be filled in by the Clerk's Office)

Anthony Kinsey

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Jury Trial: (check one)  ☒ Yes  ☐ No

W. Hartley Powell, Director
South Carolina Department of Revenue

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

**RECEIVED**
FEB 27 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Page 1 of 12

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Anthony Kinsey |
| Address | P.O. Box 76172 |
| | Washington, DC 20013 |
| | *City / State / Zip Code* |
| County | Distict of Columbia |
| Telephone Number | (404) 993-4113 |
| E-Mail Address | Adkinsey01@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | W. Hartley Powell |
| Job or Title *(if known)* | Director of the South Carolina Department of Revenue |
| Address | 300 A Outlet Pointe Blvd |
| | Columbia, SC 29210 |
| | *City / State / Zip Code* |
| County | Richland |
| Telephone Number | (803) 898-5000 |
| E-Mail Address *(if known)* | (unknown) |

☐ Individual capacity    ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City / State / Zip Code* |
| County | |
| Telephone Number | |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address

  City   State   Zip Code

  County
  Telephone Number
  E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address

  City   State   Zip Code

  County
  Telephone Number
  E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

II.   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

        Defendant, W. Hartley Powel, Director of the South Carolina Department of Revenue, acting in an official capacity under color of law in furtherance of its unfettered abusive unconstitutional predatory and slavery type tax policies, practices and customs deliberately and maliciously deprived and violated the Plaintiff's federal constitutional and statutory rights, privileges or immunities including but not limited to: notice and opportunity to be heard, pursuit of happiness, association, liberty, freedom and self-determination to become a non-resident without taxation on personal income while physically or otherwise clearly living and working full-time out of (i.e., not living/residing and working in) South Carolina during the years taxed, privacy accessing and/or using Plaintiff's nonpublic private personal information and others involving government actions including but not limited to the unconstitutional taxing and taking of property without or exceeded and abused legal jurisdiction and authority including nonconsensual over the nonresident Plaintiff guaranteed by the Constitution and federal laws as a United States citizen. Clearly, Defendant knew and/or should/would have known even if constructively via public and other records as well as if it had provided notice and an opportunity to be heard that Plaintiff did not maintain a residence and did not have any personal wage income and/or withholdings from any work performed in South Carolina during the wrongful retroactive tax periods from 2013 to present as mentioned in this Complaint. Plaintiff requests an immediate declaratory judgment and an injunction that enjoins/restrains the Defendant from committing any further irreparable harm to the Plaintiff who is likely to succeed on the merits.

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant acting deliberately and maliciously in an official capacity under color of law in furtherance of its unfettered abusive predatory and slavery type tax statutes. regulations, policies, practices and customs deliberately imposed/forced unconstitutional personal income tax liabilities and collections including taking of personal property of it without or exceeded and abused legal jurisdiction and authority including nonconsensual and without notice and the right to be heard against the Plaintiff who exercising the Constitutional right of self-determination has clearly not physically or otherwise lived and worked nor maintained a physical or otherwise residence in South Carolina since at least 2013 without any intentions to return to South Carolina physically or otherwise, particularly considering there is no residence nor employment opportunities there for Plaintiff, living and working exclusively outside of South Carolina for employers outside of the state which had no nexus to/with the income (i.e., did not provide any income benefits nor incurred any expenses related to it) during the years taxed including years taxed retroactively without or exceeded and abused legal jurisdiction and authority and without notice and the right to be heard in violation of the Constitution including but not limited to the 1st, 5th, 11th and 13th Amendments and federal law. [South Carolina was the first state to secede the Union commencing the Civil War - a treasonous act - in furtherance of slavery, which the 13th Amendment has abolished subsequently; and today furthering its ongoing unconstitutional heritage defiantly as though superior to Constitutional and federal law, Defendant publicly treats the Plaintiff as though property such as a slave without rights that it owns and can tax exploit unilaterally despite the supremacy of Constitutional and federal law even though physically living and working freely outside of the state with no intentions to return to reside in South Carolina, particularly considering there is no residence nor employment opportunities there for Plaintiff, which its deliberate unfettered abusive cruel and unusual "tax slavery" policies, practices and customs of imposing/forcing dominion and control over such out-of-state personal income that limit, restrain and restrict Plaintiff's liberty and freedom working and living homeless outside of the state free of unlawful taxation without legal jurisdiction and authority - "tax bondage" similar to the lynching of an escaped slave - violate rights, privileges and/or immunities guaranteed by the Constitution including the 13th Amendment under federal law.] Plaintiff requests an immediate declaratory judgment and an injunction that enjoins/restrains the Defendant from committing any further irreparable harm to the Plaintiff who is likely to succeed on the merits.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Defendant acting deliberately and maliciously under color of law unlawfully without or exceeded legal jurisdiction and authority including nonconsensual in furtherance of its unfettered abusive unconstitutional predatory and slavery type tax statutes, regulations, policies, practices and customs deliberately taxed Plaintiff's out of the state personal income clearly being a full-time non-resident living and working outside of South Carolina during the periods taxed by Defendant earned working for full-time non-South Carolina employers in the District of Columbia and other jurisdictions -- subsequently levied/garnished Plaintiff's employment income from full-time non-South Carolina employers out of state including the District of Columbia as well as seized the title of a vehicle purchased and located physically full-time out-of-state. Clearly, Defendant knew and/or should/would have known even if constructively via public and other records as well as if it had provided notice and an opportunity to be heard that Plaintiff did not maintain a residence and did not have any personal wage income and/or withholdings from any work performed in South Carolina during the wrongful retroactive tax periods from 2013 to present as mentioned in this Complaint.

B. What date and approximate time did the events giving rise to your claim(s) occur?

During April 2024 approximately, Plaintiff discovered that Defendant's unfettered abusive unconstitutional predatory and slavery type taxing without a factual basis and without or exceeded and abused legal jurisdiction and authority including nonconsensual and notice and the right to be heard in furtherance of its official statutes, regulations, policies, practices and customs deliberate actions occurred approximately in July 2023 retroactively based upon information and belief; and promptly attempted to resolve this matter with the Defendant administratively in order to mitigate the avoidable harm thereof but without success due to Defendant's deliberate and malicious failure to act accordingly.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff is a homeless 64-years old person battling the effects of high-grade malignant head cancer, including related major surgeries in 2015, 2016 and 2021 (twice) with another surgery anticipated when affordable, along with extensive harsh multiple deadly radiation (head and neck) and chemotherapy treatments which medical records evidence outside of South Carolina as a nonresident who did not physically or otherwise live and work nor employed by any employers in the state which W-2s or 1099s clearly shows from 2013 to present.

Since 1990 except from 2001 until 2007, Plaintiff has not physically or otherwise resided/lived and worked in South Carolina but physically lived and worked full-time in other jurisdictions for extended periods traveling from one jurisdiction to another staying less than approximately 30 days without certainty of the duration in part due to temporary or no employment without any constitutional or legal requirement to notify the state including departure of it and without any personal income state or local tax consequences – exercising 1st and 13th Amendment rights free of taxation by the Defendant which Defendant has violated. Freely leaving for a better income opportunity free of racial discrimination experienced in prejudice "good old boy" "Jim Crow" South Carolina in pursuit of happiness and self-determination exercising Constitutional rights and liberties outside of South Carolina, which were not provided by this oppressive state that had commenced the Civil War, Plaintiff last physically or otherwise resided and worked in South Carolina during 2007 and sent vehicle license plates to the South Carolina Department of Motor Vehicles from out of state, which evidences no intentions of residing in South Carolina. Plaintiff never intended to reside in South Carolina again being that there was no viable income or other opportunities nor residence for Plaintiff there. Defendant appears to require unreasonably that a former temporary resident send affirmation of non-residency to the state in order for it to deem the person no longer a resident even though not maintaining a physical or legal residence there, which such an unduly overly burdensome requirement was unknown to Plaintiff and is unconstitutional – arbitrary and conspicuous at least. Nevertheless in 2007 approximately, Plaintiff sent the license plate of a registered vehicle to the South Carolina Department of Motor Vehicles from out of state, which evidences no intentions of Plaintiff residing in the South Carolina again, which is contrary to Defendant's deliberate presupposed wrongfully abusive unconstitutional false self-serving dictated/forced/imposed determination of Plaintiff's intentions and its deprived actions regarding Plaintiff's true nonresidence intentions violated Plaintiff's self-determination, association, pursuit of happiness, etc. Constitutional and civil rights under federal law. Defendant has no evidence to the contrary in regards to the statements mentioned above, including no evidence that Plaintiff physically lived and worked in South Carolina during the years taxed from 2013 to present, but has known relevant evidence such as public records or lack thereof that supports Plaintiff's claim.

After becoming a full-time non-resident in 2007, Plaintiff merely registered along with paying related personal property taxes (which the registration is irrelevant to the out-of-state personal income that Defendant has taxed), vehicles physically located and purchased outside of South Carolina as the titles show/evidence pursuant/subject to granted pre-approved loan promotion offers of a tax-exempt not-for-profit credit union title lienholder located in Greenville, South Carolina using the private personal mailing address (next-of-kin's separate independent household property which Plaintiff did not physically or otherwise reside/live at this residence nor legally maintained it as public and other records known to the Defendant clearly show as substantial evidence of non-residency conclusively) on file since joining it for life in 2001 approximately for that loan purpose only/solely as a practical convenience to the lender as the commerce clause of the Constitution under federal allows without personal income tax implications/consequences which are irrelevant while physically or otherwise living/residing and working full-time out of state approximately 100% of the time continuously, which clearly is not determinative of state residency instead consistent with non-residency conclusively as well as is irrelevant to Plaintiff's out of state personal income. The vehicles, which were both purchased for resell and stored/used exclusively outside of South Carolina as both titles show/evidence were first registered in 2013 approximately. Defendant has no evidence to the contrary and its contrary self-serving determination of residency against the Plaintiff is a deliberate violation of Plaintiff's Constitutional and civil rights under federal law. Defendant has no evidence to the contrary in regards to the statements mentioned above, including no evidence that Plaintiff physically lived and worked in

South Carolina during the years taxed from 2013 to present, but has known relevant evidence such as public records or lack thereof that supports Plaintiff's claim.

In the early 1980s approximately, Plaintiff became a registered voter while residing in South Carolina after growing up there. Plaintiff doesn't have any memory of voting in the state before becoming a non-resident in 1990 as well as returning to live and work in South Carolina temporarily between 2001 and 2007 pursuing a romantic relationship. In September 2020 approximately, Plaintiff returned to work and reside approximately 30 days while helping with a brother's (now deceased) health issues in South Carolina but without success though with an intent to retry after a brief period out of state. During September - October 2020 approximately, Plaintiff consequently received an unsolicited inducing text message from South Carolina about exercising the right to vote free without any personal income tax consequences which is irrelevant that Defendant has violated in the Presidential election though had no intentions of voting in this election, so Plaintiff did legally via absentee ballot out of state as entitled based on paying Greenville County personal property taxes for the registration of the vehicles mentioned previously due to and consistent with temporary residency conclusively which is not determinative of permanent state physical or otherwise residency before and after this brief period clearly, which is irrelevant to Plaintiff's nonresident out-of-state personal income the Defendant taxed. In December, Plaintiff tried again to work in South Carolina but left the state after a couple of days to undergo unanticipated 3rd and later 4th head cancer related major surgeries evidenced by medical records as well as resume working and residing physically and otherwise outside of South Carolina permanently while struggling battling ongoing health issues at age 64 now. Defendant has no evidence to the contrary in regards to the statements mentioned above, including no evidence that Plaintiff physically lived and worked in South Carolina during the years taxed from 2013 to present, but has known relevant evidence such as public records or lack thereof that supports Plaintiff's claim.

During 2019 approximately, Plaintiff began working temporarily for Consilio onsite outside of South Carolina. Consilio is based outside of South Carolina. During 2021 approximately, Plaintiff started working remotely with Consilio outside of South Carolina as well, though one affiliate staffed for an approximate 3-week temporary project in 2023 that might have been located in South Carolina though Consilio itself is located outside of the state and might have erroneously/inadvertently withheld for South Carolina state personal income taxes which recently became known to Plaintiff even though Plaintiff never physically worked and lived in South Carolina and Consilio has maintained a non-South Carolina address on file for Plaintiff -- all other known affiliates of many nationwide for Consilio were/are located outside of South Carolina. Plaintiff intended after Consilio contacted Plaintiff to work on a temporary remote project for this one affiliate in South Carolina for three weeks approximately but could not do so in state as planned after exhausting an extensive effort due to inability to secure any adequate/suitable living and working conditions/accommodation/arrangements there being a full-time out-of-state nonresident. Physically residing/living and working after 2007 to present approximately full-time outside of South Carolina for various out of state temporary employers one of whom merely used an affiliate in South Carolina for an approximate 3-week project in 2023 is inadequate physical and legal residency jurisdiction for out-of-state personal income tax purposes particularly considering Defendant had no nexus to any derived income nor benefitted it nor incurred any expense related to it, which evidences non-residency clearly. Defendant has no evidence to the contrary in regards to the statements mentioned above, including no evidence that Plaintiff physically lived and worked in South Carolina during the years taxed from 2013 to present, but has known relevant evidence such as public records or lack thereof that supports Plaintiff's claim.

For years without the means for a temporary or permanent residence nor receiving any assistance from any jurisdiction including South Carolina which has not incurred any costs/expenses as a non-resident from at least 2013 to present particularly, Plaintiff has been embarrassed living homeless sleeping in and living out of a private mobile vehicle on church parking lots humbly submitting to God's Will faithfully/religiously, exercising 1st Amendment civil liberty and 13th self-determination rights free of South Carolina taxation, which Defendant has recklessly violated, in various jurisdictions less than 30 days at a time on an ongoing continuous basis even while undergoing surgeries, treatments and follow-

ups for head cancer while trying to work to pay for it. Due to continuous homeliness including years taxed by the Defendant, Plaintiff haven't had the capability to store items including documents which battling head cancer along with brain damage made it even more impossible and impractical to do it while just trying to survive it (which is likely to cause Plaintiff's death) without any help. Defendant has no evidence to the contrary in regards to the statements mentioned above, including no evidence that Plaintiff physically lived and worked in South Carolina during the years taxed from 2013 to present.

Factually without legal or otherwise notice and an opportunity to be heard along with an invasion of privacy accessing and/or using Plaintiff's nonpublic private personal information as well as the lack of or exceeded and abused jurisdiction and authority that the United States Constitution under federal law protects against, Plaintiff recently discovered based upon information such as paycheck examination and employer's notice of wage garnishment and belief that the Defendant has unlawfully without or exceeded and abused legal jurisdiction and authority imposed/forced personal income taxes retroactively from 2013 until present upon Plaintiff and levied/seized/garnished personal property (wages, vehicle title, etc.) even though clearly a nonresident of South Carolina physically or otherwise living and working full-time outside of the state after 2007 -- a deliberate and malicious violation of Plaintiff's Constitutional and civil rights under federal law.

The clear facts are there is no nexus between any personal income of Plaintiff and Defendant at least from 2013 to present – which any W-2s, 1099s and other records known to Defendant clearly show – i.e., Defendant did not incur any expenditures related to nor help cause or had anything to do with any income or otherwise done anything that benefitted Plaintiff as a non-resident and non-worker physically living and working outside of South Carolina at least from 2013 to present -- thus, Defendant which has nothing at stake and lacks standing is not entitled to any personal income taxes (no South Carolina derived income, except possibly approximately 3 weeks of withholdings in 2023) which is only for its own condemning self-serving interests/purposes/benefits - unjust enrichment unconscionably - but not Plaintiff's benefit at all – tax slavery - the reason Plaintiff began living and working full-time out-of-state permanently in 2007 to present continuously instead to Plaintiff's detriment during this period, which is a deliberate violation of Plaintiff's Constitutional and civil rights under federal law, and Defendant has no evidence to the contrary in regards to the statements mentioned above, including no evidence that Plaintiff physically lived and worked in South Carolina during the years taxed from 2013 to present, but has known relevant evidence such as public records or lack thereof that supports Plaintiff's claim.

The clear fact is Defendant has failed to provide any reasonably justifiable factual and legal basis and supportable evidence for its unfettered arbitrary and capricious unconstitutional taxing and collecting actions without notice and a right to be heard as well as without or exceeded and abused legal jurisdiction and authority against Plaintiff as a homeless nonresident who did not physically or otherwise reside/live and work and no employer operated/conducted any business activities in South Carolina which had no nexus to any derived income nor benefitted it nor incurred any expense related to it during years taxed after physically residing/living and working full-time outside of South Carolina after 2007, which ceasing to file a South Carolina state tax return legally along with the fact that employers did not withhold income withholdings for South Carolina in general clearly demonstrates/evidences known to the Defendant and Plaintiff had no intentions of returning to physically or otherwise reside and work in South Carolina, particularly considering there is no residence nor employment opportunities there for Plaintiff, which Defendant is in clear deprivation and violation of Plaintiff's individual rights, privileges and immunities that federal constitution, law and regulation guarantee Plaintiff as a United States citizen. Further, exercising Constitutional rights that Defendant has violated by Plaintiff merely using of a next of kin's mailing address in contemplation of death, even though any registered vehicles were purchased and used exclusively outside of South Carolina as well as Plaintiff did not vote in South Carolina except for the 2020 Presidential election, is not a lawful tax consequence for personal income tax purposes as well as not a lawful basis for permanent residency requirements when in fact Plaintiff has not physically or otherwise resided and

worked in South Carolina after 2007 -- Plaintiff lived and tried to work without success for approximately 30 days in South Carolina during the last quarter of 2020 prior to vacating January 2021 without any intentions to return, particularly considering there is no residence nor opportunities there for Plaintiff, which is a nontaxable event for personal income tax purposes due to no income was derived in South Carolina.

Based upon the true corroborated verifiable statements supported by evidence above, Plaintiff clearly should not owe any personal income taxes to Defendant which it should reflect this perfectly logical correct fact in its records - apparently based upon deliberate and malicious unsupported erroneous conclusions and actions due to senseless faulty assumptions recklessly, which is no excuse - without notice and opportunity to be heard as well as without or exceeded and abused jurisdiction and authority, due to Plaintiff exercising Constitutional rights that Defendant has clearly violated by Plaintiff merely using of a witnessing next of kin's private personal mailing address to handle affairs in anticipation of death as a result of medically diagnosed head cancer as well as continuous work and medical related heavy mobility outside of South Carolina exclusively except as mentioned above – a non-taxable event due to no personal income derived from it; and thus clearly, Defendant knew and/or should/would have known even if constructively via public and other records as well as if it had provided notice and an opportunity to be heard that Plaintiff did not maintain a residence and did not have any personal wage income and/or withholdings from any work performed in South Carolina during the wrongful retroactive tax periods from 2013 to present as mentioned in this Complaint; and accordingly, Defendant should immediately cease and vacate any and all income tax liabilities, judgments, etc., as well as, cease and desist and vacate and reverse any and all collection activities including levies, seizures, garnishments and judgments of any properties imposed upon Plaintiff from at least 2013 to present to avoid any further harm including irreparable to Plaintiff.

Presenting the information above (which came to mind over time due to brain damage from cancer treatment) along with a cease and desist demand during 2024 to the maliciously callous Defendant without a response (failure to act) deliberately, Plaintiff has exhausted all attempts to resolve favorably this overbearing disputed detrimental issue considering Defendant's wanton unauthorized unconstitutional actions under the color of law has clear negative effects in regards to the civil rights and liberties of Plaintiff which is causing a worsened sickness of a life-threatening condition for Plaintiff being unable to deal with it adequately under the aforementioned reasonable hardship circumstances exercising all Constitutional rights, privileges and immunities.

Plaintiff has alleged clear facts sufficient to constitute a legal action and for declaratory judgment and an injunction under 42 U.S.C 1983 and demonstrated the injunction is reasonably necessary to protect the legal rights pending in the litigation; and that (1) Plaintiff would suffer irreparable harm (including diminished net income and earning capacity during rising inflation as well as worsened health condition) if the injunction is not granted; (2) Plaintiff will likely succeed on the merits of the litigation; and (3) there is an inadequate remedy at law for certain harm caused by the Defendant., who has no evidence to the contrary in regards to the statements mentioned above, including no evidence that Plaintiff physically lived and worked in South Carolina during the years taxed from 2013 to present, but has known relevant evidence such as public records or lack thereof that supports Plaintiff's claim.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Defendant's deliberate and/or malicious wrongful unconstitutional tax liability and collection activities including liens, judgments, levies, garnishments, etc. in regards to personal property including wage income has clearly caused Plaintiff financial/economic harm/injury including diminished cash flow, reputation, defamed (as one who doesn't pay undisputed legitimate taxes along with deliberate public ridicule and humiliation casting Plaintiff's character and reputation in a false negative light/way), livelihood, health (medical condition), well-being, quality of life, etc. irreparably as well as mental/emotional distress (including sadness, depression, worrying, nausea, headaches, sleeplessness, nightmares (being hunted similar as an escaped slave, property taken maliciously, etc.), deprived, enslaved, violated, abused, hunted, burdened, fatigued, paranoid, etc.) while battling head cancer and related radiation and chemotherapy treatment along with its negative effects including brain damage (remembering, learning, thinking, communicating, etc.) - forced to disclose such sensitive personal health information necessary to litigate against Defendant's unconstitutional tax slavery practices - which is common while living homeless in the District of Columbia area during the years taxed which this incident/experience involving Defendant's Constitutional rights deprivation and violation has worsened irreparably. Plaintiff has alleged facts sufficient to constitute a legal action and for declaratory judgment and an injunction under 42 U.S.C 1983 and demonstrated the injunction is reasonably necessary to protect the legal rights pending in the litigation; and that (1) Plaintiff would suffer irreparable harm (including approximately 25% diminished wages and earning capacity during rising inflation and used to make money as well as worsened cancer related health condition) if the injunction is not granted; (2) Plaintiff will likely succeed on the merits of the litigation; and (3) there is an inadequate remedy at law for certain harm caused by the Defendant who has no evidence to the contrary in regards to the statements mentioned in this complaint, including no evidence that Plaintiff physically lived and worked in South Carolina during the years taxed from 2013 to present.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Plaintiff seeks a Court order that declares (1) Plaintiff has not lived and worked in South Carolina during 2013 to present, except for residing approximately 30 days in the state during the last quarter of 2020; or otherwise has been a nonresident of the state during 2013 to present; (2) Defendant lacks standing, jurisdiction and authority to tax the nonresident Plaintiff for personal income while living and working outside of the state and exceeded and abused its legal jurisdiction and authority taxing the Plaintiff from 20 to present; (3) Defendant acting under color of law performing official duties has deliberately deprived and violated Plaintiff's Constitutional rights under federal law; (4) Defendant immediately and permanently restrain, enjoin and cancel/set-aside/vacate/reverse all tax (including interests and penalties) activities including all collection activities such as liens, levies, judgments, seizures, garnishments, etc., during the years taxed (e.g., 2013 to present) and/or pay the equivalent dollar amount for the years taxed and property taken, as well as, money for mental/emotional distress and damaged to reputation with employers due to wage garnishments/levies, (5) punitive damages (a percentage of South Carolina's annual revenues for each of the years taxed wrongfully) to deter Defendant's defiantly deliberate habitually systematic unconstitutional practices that affect numerous similarly situated persons as including Plaintiff; and (6) the cost of this litigation without any retaliation including vindictive investigations/prosecutions (including abusive unconstitutional predatory/slavery type taxing and collections) in regards to Plaintiff exercising Constitutional rights under federal law.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 2, 2025

Signature of Plaintiff: /s/Anthony Kinsey

Printed Name of Plaintiff: Anthony Kinsey

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address